SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
JULY 23, 2019 SESSION



FILED
JUL 2 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:19-00188

18 U.S.C. § 657

**FRANCES MCCOMAS**

<u>I N D I C T M E N T</u>
(Financial Institution Embezzlement)

The United States Attorney Charges:

Beginning in or about 2016, and continuing until or about April 2018, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant, FRANCES MCCOMAS, being an employee of West Virginia Federal Credit Union, the accounts of which are insured by the National Credit Union Administration Board, did knowingly and willfully, and with the intent to inflict financial injury and to defraud the institution, embezzle, abstract, purloin, and willfully misapply in excess of $1,000.00 of moneys, funds, credits, securities and other things of value belonging to West Virginia Federal Credit Union and pledged and otherwise entrusted to its care.

In violation of Title 18, United States Code, Section 657.

                          MICHAEL B. STUART
                          United States Attorney

By:    _____
        CHRISTOPHER R. ARTHUR
        Assistant United States Attorney